## In the Matter of LISA H.

## Nos. 80–155–M.P., 80–180–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Nicholas L. Colangelo, Barbara Hurst, Paula Rosin, Asst. Public Defenders, for petitioner.

John Edward Farley, Chief Legal Counsel, Providence, Children and Their Families, for respondent.

## ORDER

On April 3, 1980, we issued an order remanding petitioner's first petition for habeas corpus to the Family Court for an evidentiary hearing on the question of petitioner's need for a restrictive environment. Subsequently, the transcript of an earlier Family Court hearing was filed with us which demonstrated that the trial justice did indeed have an evidentiary basis for his decision to confine petitioner at the Rhode Island Training School for Girls. Accordingly, our April 3, 1980 order remanding this matter to the Family Court for an evidentiary hearing is withdrawn. Both petitions for writ of habeas corpus are hereby denied.

## Peter MAGNANT et al.

v.

## ZONING BOARD OF REVIEW OF the TOWN OF NORTH KINGSTOWN et al.

## No. 79–501–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Boren, Howard I. Lipsey, Providence, for petitioners.

A. Lauriston Parks, Providence, Gladstone & Zarlenga, Providence, Domenic A. Mosca, Jr., North Kingstown, for respondents.

## ORDER

The petition for writ of certiorari is denied.

## In the Matter of Robert McLELLAN.

## No. 80–21–A.

Supreme Court of Rhode Island.

April 17, 1980.

Sumner David Stone, Cranston, for appellants.

Michael McCarthy, Providence, Dept. for Children and Their Families, for respondent.

## ORDER

The motion to remand this case to the Family Court for the hearing scheduled for April 24, 1980 is granted. Upon conclusion of said hearing, the record herein shall be returned to this court forthwith.